UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-60762-CIV-ALTONAGA/White

**JONATHAN LEWIS**,

    Plaintiff,

vs.

**BROWARD COUNTY
SCHOOL BOARD**, *et al.*,

    Defendants.
_____/

## ORDER ACCEPTING IN WHOLE REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** came before the Court upon Magistrate Judge Patrick A. White's Report of Magistrate Judge ("Report") [ECF No. 8], entered April 15, 2011. On April 8, 2011, the Plaintiff, Jonathan Lewis, filed a Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 ("Complaint") [ECF No. 1]. The Clerk referred the case to Magistrate Judge White under Administrative Order 2003-19 for a report and recommendation on any dispositive matters. (*See* [ECF No. 4]).

In the Report, Judge White recommends Lewis's Complaint be dismissed for failure to state a claim upon which relief may be granted. Lewis has not filed any objections to Judge White's Report, and the time for filing objections has passed.[1] The Court has carefully reviewed the Report and the applicable law, and has conducted a *de novo* review of the record. The Court is in full agreement with the analysis and recommendations in Judge White's Report. Accordingly, it is

---

[1] "Failure to object to the magistrate's factual findings after notice precludes a later attack on these findings." *Lewis v. Smith*, 855 F.2d 736, 738 (11th Cir. 1988) (citing *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. 1982)).

Case No. 11-60762-CIV-ALTONAGA/White

**ORDERED AND ADJUDGED** that the Report **[ECF No. 8]** is **ACCEPTED IN WHOLE**. Lewis's Complaint **[ECF No. 1]** is **DISMISSED**. The Clerk shall **CLOSE** this case, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of May, 2011.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

Jonathan Lewis, *pro se*
#L45211
Union Correctional Institution
Address of Record